FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

1-29-2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr-16-WWB-PDB
18 U.S.C. § 2423(a)
(Transportation of Minor to Engage in Criminal Sexual Activity)

MARLON RONALDO CANAS TROCHEZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Transportation of Minor to Engage in Criminal Sexual Activity)**

On or about September 4, 2024, in the Middle District of Florida, and elsewhere, the defendant,

MARLON RONALDO CANAS TROCHEZ,

did knowingly transport an individual who had not attained the age of 18 years, Minor Victim 1, in interstate commerce, with the intent that Minor Victim 1 engage in sexual activity for which any person could be charged with a criminal offense, specifically: Lewd or Lascivious Battery in violation of Florida Statute, Section 800.04(4)(a)(1).

In violation of 18 U.S.C. § 2423(a).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2. Upon conviction of a violation of 18 U.S.C. § 2423, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _Kelly S. Milliron_
KELLY S. MILLIRON
Assistant United States Attorney

By: _signature_
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville

3

FORM OBD-34
1/28/25 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MARLON RONALDO CANAS TROCHEZ

## INDICTMENT

Violations: 18 U.S.C. § 2423(2)

A true bill,

███████████████

Foreperson

Filed in open court this 29th day

of January, 2025.

_____
Clerk

Bail  $ _____